**Order entered December 31, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01409-CV

**LEATHA A. MUNAI, Appellant**

**V.**

**WILLIAM K. MUNAI, Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-04859**

## ORDER

On our own motion, we **VACATE** our September 19, 2013 order submitting the appeal without the reporter's record and deem the reporter's record filed October 11, 2013 properly filed. Appellee's brief remains due January 9, 2014.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE